IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mercedes L. Norris, :
:
     Plaintiff(s), :
: Case Number: 1:15cv362
vs. :
: Judge Susan J. Dlott
Commissioner of Social Security, :
:
     Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on May 6, 2016 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 23, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is REVERSED and REMANDED for further proceedings consistent with this opinion.

IT IS SO ORDERED.

       s/Susan J. Dlott
    Judge Susan J. Dlott
    United States District Court